UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Suffolk, SS

| | | |
|---|---|---|
| ROBERT CARP, | ) | |
|                    Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| EVOTEM, LLC, d/b/a AOTMP.COM; | ) | |
| RESOURCE CENTER FOR CUSTOMER | ) | |
| SERVICE PROFESSIONALS LLC; | ) | |
| THE CITADEL GROUP; | ) | |
| GLOBAL KNOWLEDGE TRAINING LLC; | ) | |
| SPECTRUM LLC and KRISTEN EHRHART | ) | Civil Action No.  1:12-CV-11152 |
| GIMBOR; | ) | |
| KNOWLEDGE TRANSFER CONSULTING | ) | |
| SERVICES, INC.; | ) | |
| HOLLIE CLERE d/b/a CLERE | ) | |
| COMMUNICATIONS d/b/a PM TELECOM | ) | |
| COUNCIL; | ) | |
| LAURA PECKHAM; | ) | |
| KENNETH WALTON; | ) | |
| LAURA DOLON; and | ) | |
| THOMPSON REUTERS, | ) | |
|                    Defendants. | ) | |

## <u>STIPULATION TO EXTEND TIME TO FILE ANSWER</u>

Defendants, Knowledge Transfer Consulting Services, Inc. ("Knowledge Transfer") and

The Citadel Group ("Citadel"), and Plaintiff Robert Carp hereby stipulate that the time for

Knowledge Transfer and Citadel to answer or otherwise respond to Plaintiff's Complaint is

extended to September 18, 2012.

ROBERT CARP

By his Attorney,

KNOWLEDGE TRANSFER CONSULTING
SERVICES, INC. and
THE CITADEL GROUP
By Its Attorneys,


/s/ Robert H. Carp _____
Robert H. Carp (BBO #676732)
CARP LAW OFFICES LLC
188 Needham Street, Suite 110R
Newton, MA 02464
Tel: (617) 861-4529

Email:  bob@gis.net

_/s/ Catherine Rajwani_____
Catherine I. Rajwani (BBO # 674443)
THE HARBOR LAW GROUP
300 West Main Street, Building A, Unit 1
Northborough, MA 01532
Tel:  (508) 393-9244
Fax:  (508) 393-9245
Email: crajwani@harborlaw.com


Date:  August 30, 2012

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on August 30, 2012.

/s/ Catherine Rajwani
Catherine Rajwani