UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Suffolk, SS

| | | |
|---|---|---|
| ROBERT CARP, | ) | |
|       Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| EVOTEM, LLC, d/b/a AOTMP.COM; | ) | |
| RESOURCE CENTER FOR CUSTOMER | ) | |
| SERVICE PROFESSIONALS LLC; | ) | |
| THE CITADEL GROUP; | ) | |
| GLOBAL KNOWLEDGE TRAINING LLC; | ) | |
| SPECTRUM LLC and KRISTEN EHRHART | ) | Civil Action No. 1:12-CV-11152 |
| GIMBOR; | ) | |
| KNOWLEDGE TRANSFER CONSULTING | ) | |
| SERVICES, INC.; | ) | |
| HOLLIE CLERE d/b/a CLERE | ) | |
| COMMUNICATIONS d/b/a PM TELECOM | ) | |
| COUNCIL; | ) | |
| LAURA PECKHAM; | ) | |
| KENNETH WALTON; | ) | |
| LAURA DOLON; and | ) | |
| THOMPSON REUTERS, | ) | |
|       Defendants. | ) | |

## NOTICE OF APPEARANCE

To the Clerk of the Above Named Court:

  Please enter the appearance of Catherine Rajwani as attorney for Defendants, Knowledge Transfer Consulting Services, Inc. and The Citadel Group in the above matter.

KNOWLEDGE TRANSFER CONSULTING
SERVICES, INC. and
THE CITADEL GROUP
By Its Attorneys,


_/s/ Catherine Rajwani_____
Catherine I. Rajwani (BBO # 674443)
THE HARBOR LAW GROUP
300 West Main Street, Building A, Unit 1
Northborough, MA 01532
Tel:  (508) 393-9244
Fax:  (508) 393-9245
Email: crajwani@harborlaw.com


Date:  August 30, 2012

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on August 30, 2012.

/s/ Catherine Rajwani
Catherine Rajwani