UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Robert Carp,<br>    Plaintiff<br><br>v<br><br>Evotem, LLC, d/b/a AOTMP.COM;<br>Resource Center for Customer Service<br>Professionals LLC; The Citadel Group;<br>Global Knowledge Training LLC;<br>Spectrum LLC and Kristen Ehrhart<br>Gimbor; Knowledge Transfer Consulting<br>Services, Inc.; Hollie Clere d/b/a Clere<br>Communications d/b/a PM TELECOM<br>COUNCIL; Laura Peckham; Kenneth Walton;<br>Laura Dolon and Thompson Reuters<br>    Defendants. | Case No: 1:12-cv-11152-FDS |

ASSENTED TO MOTION TO EXTEND TIME
TO RESPOND TO COMPLAINT

   The defendants, Evotem, LLC d/b/a AOTMP, Hollie Clere d/b/a Clere Communications d/b/a PM Telecom Council, Kristen Ehrhart Gimbor, Resource Center For Customer Service Professionals, LLC, Spectrum LLC d/b/a Spectrum Training Brokers and Thomson Reuters, hereby move that the time to answer or otherwise respond to the plaintiff's complaint be extended to **October 5, 2012**. As grounds for this motion, the defendants state that additional time is required for counsel to conduct an appropriate investigation of the allegations raised in the complaint, and the plaintiff has assented to this motion.

                                        Respectfully Submitted,

Assented to:                            /s/Kenneth J. DeMoura
                                        Kenneth J. DeMoura, BBO# 548910
/s/Robert Carp (by Kenneth J. DeMoura)  DeMoura|Smith LLP
As authorized during L.R. 7.1           One International Place, 14th Floor
conference                              Boston, MA 02110
                                        Telephone: (617) 535-7531
                                        Facsimile: (617) 535-7532
Dated: September 4, 2012                kdemoura@demourasmith.com

I hereby certify that the foregoing document was served upon all counsel of record via the CM/ECF Electronic filing system of the United States District Court for the District of Massachusetts.
                                        /s/ Kenneth J. DeMoura