UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Robert Carp,<br>     Plaintiff<br><br>v<br><br>Evotem, LLC, d/b/a AOTMP.COM; Resource Center for Customer Service Professionals LLC; The Citadel Group; Global Knowledge Training LLC; Spectrum LLC and Kristen Ehrhart Gimbor; Knowledge Transfer Consulting Services, Inc.; Hollie Clere d/b/a Clere Communications d/b/a PM TELECOM COUNCIL; Laura Peckham; Kenneth Walton; Laura Dolon and Thompson Reuters<br>     Defendants. | Case No: 1:12-cv-11152-FDS |

NOTICE OF APPEARANCE

     The undersigned hereby appears for the defendants, Knowledge Transfer Consulting Services, Inc. and The Citadel Group.

                                   Respectfully Submitted,

                                   /s/Kenneth J. DeMoura
                                   Kenneth J. DeMoura, BBO# 548910
                                   DeMoura|Smith LLP
                                   One International Place, 14th Floor
                                   Boston, MA 02110
                                   Telephone: (617) 535-7531
                                   Facsimile: (617) 535-7532
                                   kdemoura@demourasmith.com

Dated: September 17, 2012

I hereby certify that the foregoing document was served upon all counsel of record via the CM/ECF Electronic filing system of the United States District Court for the District of Massachusetts.

                                   /s/ Kenneth J. DeMoura