# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT CARP, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 1:12-cv-11152-FDS |
| v. ) | |
| ) | Judge F. Dennis Saylor, IV |
| ) | |
| EVOTEM, LLC, et al., ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF WITHDRAWAL AS COUNSEL OF RECORD

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT, pursuant to the United States District Court for the District of Massachusetts Local Rule 83.5.2(c), Catherine Rajwani hereby withdraws as counsel of record for The Citadel Group and Knowledge Transfer Consulting Services, Inc. ("Defendants").

Attorney Rajwani represents that her withdrawal is made for the following reasons: (1) Defendants no longer require the services of Attorney Rajwani as counsel of record; (2) this notice is preceded by a notice of appearance entered by Attorney Kenneth J. DeMoura on behalf of Defendants pursuant to Local Rule 83.5.2(c); (3) there are no motions pending before this Court; (4) no trial date has been set; and (5) no hearings or conferences are scheduled, and no reports, oral or written, are due.

Dated:  September 21, 2012

                                            Respectfully submitted,
                                            Catherine Rajwani


                                            <u>/s/ Catherine Rajwani</u>
                                            Catherine Rajwani
                                            The Harbor Law Group
                                            300 West Main Street, Bldg. A, Unit1
                                            Northborough, MA  01532
                                            (508) 393-9244 – Phone
                                            (508) 393-9245 – Fax
                                            crajwani@harborlaw.com

## CERTIFICATE OF SERVICE

I, Catherine Rajwani, hereby certify that this document filed through the ECF system on September 21, 2012 will be sent electronically to the registered participants as identified on the Notice of Docket Activity.

        Respectfully submitted,
        Catherine Rajwani


        /s/ Catherine Rajwani
        Catherine Rajwani
        The Harbor Law Group
        300 West Main Street, Bldg. A, Unit1
        Northborough, MA  01532
        (508) 393-9244 – Phone
        (508) 393-9245 – Fax
        crajwani@harborlaw.com