UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Robert Carp,<br>    Plaintiff<br><br>v<br><br>Evotem, LLC, d/b/a AOTMP.COM<br>et al.<br>    Defendants. | Case No: 1:12-cv-11152-FDS |

**ASSENTED-TO MOTION TO EXTEND TIME
TO RESPOND TO COMPLAINT**

The defendants, Evotem, LLC, d/b/a AOTMP.COM, Hollie Clere d/b/a Clere Communications d/b/a PM TELECOM COUNCIL, Spectrum LLC and Kristen Ehrhart Gimbor, Resource Center for Customer Service Professionals LLC, The Citadel Group, Knowledge Transfer Consulting Services, Inc., and Thompson Reuters move that the time to respond to the plaintiff's complaint be extended to **November 30, 2012**.  As grounds for this motion, the defendants state that plaintiff is considering defendants' request that plaintiff withdraw the complaint and plaintiff requires additional time to review the request and defendants' materials in order to determine whether or not to proceed further with this action.  Plaintiff has assented to this motion.

Respectfully Submitted,

Assented to:

*/s/Robert Carp (by Kenneth J. DeMoura)*

Dated: November 13, 2012

*/s/Kenneth J. DeMoura*
Kenneth J. DeMoura, BBO# 548910
DeMoura|Smith LLP
One International Place, 14th Floor
Boston, MA 02110
Telephone: (617) 535-7531
Facsimile: (617) 535-7532
kdemoura@demourasmith.com

I hereby certify that the foregoing document was served upon all counsel of record via the CM/ECF Electronic filing system of the United States District Court for the District of Massachusetts.
*/s/ Kenneth J. DeMoura*