UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Robert Carp,<br>        Plaintiff<br><br>v<br><br>Evotem, LLC, d/b/a AOTMP.COM;<br>Resource Center for Customer Service<br>Professionals LLC; The Citadel Group;<br>Global Knowledge Training LLC;<br>Spectrum LLC and Kristen Ehrhart<br>Gimbor; Knowledge Transfer Consulting<br>Services, Inc.; Hollie Clere d/b/a Clere<br>Communications d/b/a PM TELECOM<br>COUNCIL; Laura Peckham; Kenneth Walton;<br>Laura Dolon and Thompson Reuters<br>        Defendants. | Case No: 1:12-cv-11152-FDS |

STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the plaintiff and the defendants hereby stipulate that all claims asserted in the above action, against all parties, are hereby dismissed with prejudice, each party bearing their own costs and waiving all appeals.

| The Plaintiff | The Defendants |
|---|---|
| Robert Carp | By Their Attorneys, |
| Respectfully Submitted, | Respectfully Submitted, |
| | |
| /s/  Robert Carp | /s/Kenneth J. DeMoura |
| Robert Carp, pro se | Kenneth J. DeMoura, BBO# 548910 |
| 188 Needham Street, Suite 110R | DeMoura|Smith LLP |
| Newton, MA 02464 | One International Place, 14th Floor |
| Telephone:  (617) 861-4529 | Boston, MA 02110 |
| Facsimile:  (866) 723-8737 | Telephone: (617) 535-7531 |
| rcarp@carplawoffices.com | Facsimile: (617) 535-7532 |
| | kdemoura@demourasmith.com |

Dated: January 8, 2013

NOTICE OF FILING AND CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was served upon all counsel of record via the CM/ECF Electronic filing system of the United States District Court for the District of Massachusetts.

/s/ Kenneth J. DeMoura